■ In the Matter of the Claim of FAYE SIMSON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— This is an appeal by the claimant from a decision of the Unemployment Insurance Appeal Board which determined she was disqualified from benefits on the ground she had voluntarily left her employment without good cause. The claimant states the issue as "Did I quit my job or was I fired?" From the record it appears that the claimant might have misunderstood the events of the day that she left her employment and thought she was fired. To the contrary, there is other testimony and statements in the record that she quit her job because of dissatisfaction over pay raises. This factual dispute was decided by the board and we cannot disturb such finding. (*Matter of Genza* [*Catherwood*], 16 A D 2d 997.) Decision unanimously affirmed, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ JOSEPH R. KIEFNER, Respondent, v. EDWARD MROZEK, Appellant, et al., Defendants.— This action was commenced October 8, 1955 and went off the calendar by default in 1958. The court at Special Term on April 15, 1960 having dismissed the action for failure to prosecute; and on March 17, 1960 having denied an application to open the calendar default and restore the action to the calendar, a heavy burden rested on the plaintiff to sustain the further application made in January, 1962 to open the calendar default and to permit the action to be continued. No adequate showing was made and the original disposition of dismissal should stand. Order opening the default and restoring the case to the calendar reversed and motion denied, with $10 costs. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.